IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION

*Electronically Filed*

| | |
|---|---|
| TONYA DAILEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 7:17-CV-154-KKC |
| | ) |
| MIDLAND FUNDING, LLC | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

Please take notice that Plaintiff Tonya Dailey has resolved his dispute with Defendant Midland Funding, LLC. Plaintiff and Defendant anticipate filing a Joint Stipulation of Dismissal with Prejudice within thirty to forty-five days.

This the 21st day of November, 2017.

Respectfully submitted,

/s/ R. Brooks Herrick
Joseph N. Tucker, Esq.
R. Brooks Herrick, Esq.
DINSMORE & SHOHL LLP
101 S. Fifth Street
Suite 2500
Louisville, KY 40202
502-540-2300 - phone
502-585-2207 - fax
joseph.tucker@dinsmore.com
brooks.herrick@dinsmore.com
*Counsel for Defendant*
*Midland Funding, LLC*

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing has been filed this 21st day of November 2017, and served using the Court's ECF system to the following.

| | |
|---|---|
| James McKenzie | James H. Lawson |
| James R. McKenzie Attorney, PLLC | Lawson at Law, PLLC |
| 115 S. Sherrin Avenue, Suite 5 | 115 S. Sherrin Avenue, Suite 5 |
| Louisville, Kentucky 40207 | Louisville, Kentucky 40207 |
| jmckenzie@jmckenzielaw.com | james@kyconsumerlaw.com |

                                      /s/ R. Brooks Herrick
                                      *Counsel for Defendant*

11800133v1